Hand v. Jacobus.

... ... the mortgage, that the p... of t... ortgage money ... ... ich owner may be pai ...y h... ...r his premises ... ... for.

---

## HAND and wife vs. JACOBUS and wife.

Where, pending a suit by a husband and wife, for the specific performance of an agreement to convey real estate to the wife, the wife dies, and her children have not been made complainants, and there is no order that the suit should proceed in the name of the surviving complainant, no decree can be made.

Argued on bill, answer, and proofs, by *Mr. Vanatta*, for complainants, *ex parte.*

THE CHANCELLOR.

The bill was filed by Hand and wife, to compel the specific performance of an agreement to convey a house and lot to

Mrs. Hand. It is 'alleged that the money paid to defendant was the bounty money of the husband, handed over by him to the wife, to buy a house for herself and family. Pending the suit, Mrs. Hand has died; her children have not been made complainants, nor has any order been made that the suit should proceed in the name of the surviving complainant.

The agreement was to convey to Mrs. Hand; the relief prayed was a conveyance to her. Under the case made in the bill, and by the proof, it can only be decreed to her, or her heirs-at-law. In the present situation of the cause, no decree can be made on the merits.